UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: J&J DISPOSAL SERVICE, LLC )  Case No. 1:16-70643-T
                                                      )
Debtor. )  Chapter 7

## REPORT OF UNCLAIMED FUNDS
## PURSUANT TO FRBP 3011

The undersigned Chapter 7 Trustee states as follows for her report of unclaimed funds:

1. Ninety (90) days have elapsed since the first distribution of funds in this case. The trustee's bank account reflects that the following amounts are still on deposit, which amounts represent payments mailed to the named payee:

| Date | Amount | Number | Payee |
|---|---|---|---|
| 7/13/2018 | 14,109.54 | 109 | Fleetcor Technologies |

2. Pursuant to Bankruptcy Rule 3011, check number 131 drawn on the account of J&J DISPOSAL SERVICE, LLC in the sum of $14,109.54 been tendered to the United States Bankruptcy Court for the benefit of the unclaimed dividend payee.

Date: January 17, 2019

Respectfully submitted,

/s/ Renee S. Williams
Renee S. Williams
Trustee
125 Roberts Ridge Terrace
Hot Springs, AR 71901
(501) 624-4330
Arkansas Bar Number 83-182

## **CERTIFICATE OF SERVICE**

      I, RENEE S. WILLIAMS, do hereby certify this **January 17, 2019,** that I have duly served a copy of the foregoing pleading by placing a copy of same in the U. S. Mail, postage prepaid, addressed to:

Fleetcor Technologies
16800 Greenspoint Park Ste 255N
Houston, TX  77060

Fleetcor Technologies
555 E Airtex Dr
Houston, TX 77073

                                              /s/ Renee S. Williams_____
                                              Renee S. Williams