**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

IN RE:     **J&J DISPOSAL SERVICE, LLC**  )                                    **Case No. 1:16-bk-70643-T**
                                    **Debtor**  )                                                            **Chapter 7**

**REPORT OF UNCLAIMED FUNDS PURSUANT TO FRBP 3011**

The Trustee submits the following Report of Unclaimed Funds:

1.        Checks were issued to the following creditors and said checks were never cashed.

Payment has been cancelled and stopped on the checks. The funds are being turned over to the registry of

the court as follows:

| Claim 1 | Fleetcor Technologies<br>16800 Greenspoint Park Ste 255N<br>Houston, TX, 77060 | $98.28 |
|---|---|---|
| Claim 12 | Shepherd Insurance<br>8213 Shelbyville Road,<br>Louisville, KY, 40222 | $11.16 |
| Claim 12 | Shepherd Insurance<br>8213 Shelbyville Road,<br>Louisville, KY, 40222 | $1,601.17 |

2.        Pursuant to 11 U.S.C. §347 and Fed. R. Bankr. P. 3011,  check number 1001 in the sum

of $1,601.17 and check number 1019 in the sum of $109.44 have been tendered by the Trustee to the

United States Bankruptcy Clerk for the benefit of the Payees to be disposed of under Chapter 29 of Title

28 of the United States Code (28 U.S.C. §§ 2041, et seq.)

Date:  June 6, 2019

                                    **Respectfully submitted,**

                                    /s/ Renee S. Williams
                                    Renee S. Williams
                                    Trustee
                                    125 Roberts Ridge Terrace
                                    Hot Springs, AR 71901
                                    (501) 624-4330
                                    Arkansas Bar Number 83-182