**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

IN RE:     J&J DISPOSAL SERVICE, LLC   )         Case No. 1:16-bk-70643-T
                             Debtor.             )                      Chapter 7

**REPORT OF DISTRIBUTION TO UNITED STATES BANKRUPTCY**
**COURT CLERK PURSUANT TO FRBP 3010**

      Pursuant to FRBP 3010, Renee S. Williams, the undersigned trustee herein, states as follows for her report of distribution of funds to United States Bankruptcy Court Clerk:

      See Attached Exhibit A

Date: June 6, 2019

                                          Respectfully submitted,

                                          /s/ Renee S. Williams
                                          Renee S. Williams
                                          Trustee
                                          125 Roberts Ridge Terrace
                                          Hot Springs, AR 71901
                                          (501) 624-4330
                                          Arkansas Bar Number 83-182

CERTIFICATE OF SERVICE

      I, Renee S. Williams, do hereby certify this June 6, 2019 that I have duly served a copy of the above and foregoing, by placing a copy of same in the U. S. Mail, postage prepaid, addressed to all parties as set forth on Exhibit A.

                                          /s/ Renee S. Williams
                                          Renee S. Williams

**Trustee: AR06 Renee S. Williams (250081)**

**Case:** 1:16-bk-70643-T J&J DISPOSAL SERVICE, LLC

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 3910010075 | 1007 | 05/06/19 | Payee: | Eastern and Western Districts of Arkansas | | | | Check Amount: | $12.57 |
| | | 4 | 05/17/16 | 610 | Carson's Garage & Towing, Inc.<br>522 W 1st Street<br>El Dorado, AR 71730 | 869.37 | 869.37 | 618.31 | 4.28 |
| | | 7 | 08/01/16 | 610 | Names and Numbers<br>P.O. Box 1479<br>Pittsburg, KS 66762 | 300.76 | 300.76 | 213.91 | 1.48 |
| | | 10 | 08/08/16 | 610 | Myers Tire Supply<br>1293 S. Main St.<br>Akron, OH 44301 | 511.69 | 511.69 | 363.92 | 2.52 |
| | | 20 | 09/23/16 | 610 | Fastenal Company<br>2001 Theurer Blvd<br>Winona, MN 55987 | 409.47 | 409.47 | 291.22 | 2.01 |
| | | 21 | 10/21/16 | 610 | Larry Thurmon<br>2116 Maple St<br>Arcadia, LA 71001 | 465.00 | 465.00 | 330.71 | 2.28 |